UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:15-cv-80446-JIC-COHN

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| ECAREER HOLDINGS, INC., ECAREER, INC., | ) |
| JOSEPH J. AZZATA, DEAN A. ESPOSITO, | ) |
| JOSEPH DEVITO, and FREDERICK J. BIRKS, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| VIPER ASSET MANAGEMENT, LLC, | ) |
| ESPO CONSULTING, LLC, | ) |
| DJC CONSULTING, LLC, | ) |
| J & D MARKETING, LLC, | ) |
| GRYPHON ASSET MANAGEMENT, LLC, and | ) |
| CARLA AZZATA, | ) |
| Relief Defendants | ) |
| _____ | ) |

**UNOPPOSED MOTION OF PLAINTIFF SECURITIES AND EXCHANGE
COMMISSION FOR A JUDGMENT OF PERMANENT INJUNCTION AND OTHER
RELIEF AGAINST DEFENDANTS DEAN A. ESPOSITO, JOSEPH DEVITO AND
RELIEF DEFENDANTS VIPER ASSET MANAGEMENT, LLC, ESPO CONSULTING,
LLC, DJC CONSULTING, LLC, AND J & D MARKETING, LLC**

Plaintiff Securities and Exchange Commission hereby moves for an unopposed Judgment of Permanent Injunction and Other Relief Against Defendants Dean A. Esposito ("Esposito") and Joseph DeVito ("DeVito") and Relief Defendants Viper Asset Management, LLC ("Viper Asset Management"), Espo Consulting, LLC, ("Espo Consulting"), DJC Consulting, LLC ("DJC Consulting"), and J & D Marketing, LLC ("J & D Marketing"). By the attached Consent of Defendants Esposito and DeVito and Relief Defendants Viper Asset Management, Espo Consulting, DJC Consulting, and J & D Marketing to a Judgment of Permeant Injunction and

Other Relief ("Consent"),[1] Defendants Esposito and DeVito and Relief Defendants Viper Asset Management, Espo Consulting, DJC Consulting and J & D Marketing have consented to the attached Judgment of Permanent Injunction and Other Relief Against Defendants Esposito and DeVito and Relief Defendants Viper Asset Management, Espo Consulting, DJC Consulting, and J & D Marketing ("Judgment of Permanent Injunction").[2]

In conclusion, the Commission requests that the Court enter the attached unopposed Judgment of Permanent Injunction.

Dated:  June 11, 2015                      Respectfully submitted,

By:  s/: Christopher E. Martin
Christopher E. Martin
Senior Trial Counsel
SD Fla. Bar. No. A5500747
Direct Dial:  (305) 982-6386
E-mail:  martinc@sec.gov

Linda Schmidt
Senior Counsel
Florida Bar No. 0156337
Direct Dial:  (305) 982-6315
E-mail:  schmidtls@sec.gov

**Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida  33131
Telephone: (305) 982-6300
Facsimile:  (305) 536-4154

**CERTIFICATE OF SERVICE**

I hereby certify that on June 11, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that on June 11, 2015, I had the foregoing document and the notice of electronic filing served via CM/ECF or mailed to the following non-CM/ECF

---

[1] The Consent is attached hereto as Exhibit A.

[2] The proposed Judgment of Permanent Injunction is attached hereto as Exhibit B.

- 3 -

participants:

Joseph Azzata
Law Offices of Mark C. Perry, P.A.
c/o Mark C. Perry, Esq.
2400 East Commercial Blvd., Suite 5111
Fort Lauderdale, FL 33308
Tel. (954) 351-2601
Fax (954) 351-2605
Email: mark@markperrylaw.com
*Counsel for Joseph Azzata*
Service by CM/ECF

Dean Exposito
Joseph DeVito
J&D Marketing LLC.
Viper Asset Management LLC.
ESPO Consulting LLC.
DJC Consulting LLC.
Law Offices of Arthur C. Koski, P.A.
c/o Arthur C. Koski
101 N. Federal Highway, Ste. 602
Boca Raton, FL 33432
*Counsel for Dean Esposito, Joseph DeVito, J&D Marketing LLC., Viper Asset Management LLC., ESPO Consulting LLC., DJC Consulting LLC.*
Service by CM/ECF

Carla Azzata
Sallah Astarita & Cox, LLC
c/o James D. Sallah, Esq.
One Boca Place
2255 Glades Road, Suite 300E
Boca Raton, FL 33434
*Counsel for Carla Azzata*
Service by CM/ECF

Frederick Birks, *pro se*
3685 Cassia Drive
Orlando, FL 32828
Service by U.S. Mail

Gryphon Asset Management LLC.
c/o Frederick Birks
3685 Cassia Drive
Orlando, FL 32828
Service by U.S. Mail

ECareer, Inc.
ECareer Holdings, Inc.
Levine Kellogg Lehman Scheider & Grossman LLP
c/o Stephanie Hauser, Esq.
201 South Biscayne Blvd., 22nd Floor, Miami Center
Miami, FL 33131
*Counsel for eCareer, Inc. and eCareer Holdings, Inc.*
Service by CM/ECF

                                               s/: Christopher E. Martin
                                               Christopher E. Martin, Esq.