UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80446-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ECAREER HOLDINGS, INC., ECAREER,
INC., JOSEPH J. AZZATA, DEAN A.
ESPOSITO, JOSEPH DEVITO, and
FREDERICK J. BIRKS,

    Defendants,

VIPER ASSET MANAGEMENT, LLC, ESPO
CONSULTING, LLC, DJC CONSULTING,
LLC, J & D MARKETING, LLC, GRYPHON
ASSET MANAGEMENT, LLC, and CARLA
AZZATA,

    Relief Defendants.
_____/

**ENTRY OF JUDGMENT WITH RESPECT TO DEFENDANTS DEAN
A. ESPOSITO AND JOSEPH DEVITO, AND RELIEF DEFENDANTS
VIPER ASSET MANAGEMENT, LLC, ESPO CONSULTING, LLC,
<u>DJC CONSULTING, LLC, AND J & D MARTETING, LLC</u>**

**THIS CAUSE** is before the Court upon the Unopposed Motion of Plaintiff Securities and Exchange Commission for a Judgment of Permanent Injunction and Other Relief Against Defendants Dean A. Esposito, Joseph DeVito, and Relief Defendants Viper Asset Management, LLC, Espo Consulting, LLC DJC Consulting, LLC, and J & D Marketing, LLC [DE 83]. The Court has reviewed the Motion and the record in this case, and is otherwise advised in the premises. It is accordingly

**ORDERED AND ADJUDGED** that the Unopposed Motion of Plaintiff Securities and Exchange Commission for a Judgment of Permanent Injunction and Other Relief Against Defendants Dean A. Esposito, Joseph DeVito, and Relief Defendants Viper Asset Management, LLC, Espo Consulting, LLC DJC Consulting, LLC, and J & D Marketing, LLC [DE 83] is **GRANTED**. The Proposed Order Granting Plaintiff Securities and Exchange Commission's Motion for a Judgment of Permanent Injunction and Other Relief Against Defendants Dean A. Esposito and Joseph DeVito and Relief Defendants Viper Asset Management, LLC, Espo Consulting, LLC, DJC Consulting, LLC, and J & D Marketing, LLC [DE 83-2] is hereby **APPROVED**, and its terms are **INCORPORATED** herein by reference.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of June, 2015.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF