UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80446-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ECAREER HOLDINGS, INC., ECAREER,
INC., JOSEPH J. AZZATA, DEAN A.
ESPOSITO, JOSEPH DEVITO, and
FREDERICK J. BIRKS,

    Defendants,

VIPER ASSET MANAGEMENT, LLC, ESPO
CONSULTING, LLC, DJC CONSULTING,
LLC, J & D MARKETING, LLC, GRYPHON
ASSET MANAGEMENT, LLC, and CARLA
AZZATA,

    Relief Defendants.
_____/

## ENTRY OF JUDGMENT WITH RESPECT TO JOSEPH J. AZZATA

**THIS CAUSE** is before the Court upon Plaintiff's Unopposed Motion for Entry of Judgment of Permanent Injunction and Other Relief Against Defendant Joseph J. Azzata [DE 108] ("Motion").  The Court has reviewed the Motion and the record in this case, and is otherwise advised in the premises.  It is accordingly

**ORDERED AND ADJUDGED** that Plaintiff's Unopposed Motion for Entry of Judgment of Permanent Injunction and Other Relief Against Defendant Joseph J. Azzata [DE 108] is **GRANTED**.  The Proposed Order Granting Plaintiff Securities and Exchange Commission's Motion for a Judgment of Permanent Injunction and Other

Relief Against Defendant Joseph J. Azzata [DE 108-2] is hereby **APPROVED**, and its terms are **INCORPORATED** herein by reference.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of October, 2015.

                                                                                   *[signature]*
                                                                                   JAMES I. COHN
                                                                                   United States District Judge

Copies provided to:
Counsel of record via CM/ECF