## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-80446-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

ECAREER HOLDINGS, INC.;
ECAREER, INC.; JOSEPH J. AZZATA;
DEAN A. ESPOSITO; JOSEPH DEVITO, and
FREDERICK J. BIRKS,

    Defendants,

VIPER ASSET MANAGEMENT, LLC;
ESPO CONSULTING, LLC;
DJC CONSULTING, LLC;
J & D MARKETING, LLC;
GRYPHON ASSET MANAGEMENT, LLC, and
CARLA AZZATA,

    Relief Defendants.
_____/

### NOTICE OF FILING STANDARD FUND ACCOUNTING REPORT

David M. Levine, not individually, but solely in his capacity as the court-appointed receiver ("the Receiver") for eCareer Holdings, Inc. and eCareer, Inc. (the "Corporate Defendants"), hereby files the attached Standard Fund Accounting Report for the period of July 28, 2015 through December 27, 2015.

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
*Counsel for the Receiver*
Miami Center, 22nd Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Phone: (305) 403-8788
Fax: (305) 403-8789

By:   s://  Matthew   J.   McGuane
MATTHEW J. MCGUANE
FL Bar No. 0084473
mjm@lklsg.com

## CERTIFICATE OF SERVICE

I hereby certify that, on January 19, 2016, a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and to all *pro se* parties identified on the attached Service List via U.S. mail.

s://  Matthew   J.   McGuane
MATTHEW J. MCGUANE

IR1604.doc

## SERVICE LIST

| | |
|---|---|
| **Arthur C. Koski**<br>Arthur C Koski P.A.<br>Counsel for DJC Consulting, LLC, Espo Consulting, LLC, J & D Marketing, LLC, Viper Asset Management, LLC, Dean A. Esposito, and Joseph Devito<br>101 N Federal Highway<br>Suite 602<br>Boca Raton, FL 33432<br>561-362-9800<br>362-9870 (fax)<br>akoski@koskilaw.com | **Christopher E. Martin**<br>Securities & Exchange Commission<br>801 Brickell Avenue<br>Suite 1800<br>Miami, FL 33131<br>305-982-6386<br>536-4154 (fax)<br>martinc@sec.gov |
| **Mark C. Perry**<br>Counsel for Joseph J. Azzata<br>2400 East Commercial Blvd Suite 201<br>Fort Lauderdale, FL 33308<br>954-351-2601<br>954-351-2605 (fax)<br>markperryesq@yahoo.com | **James D. Sallah**<br>Sallah Astarita & Cox, LLC<br>Counsel for Carla Azzata<br>One Boca Place<br>2255 Glades Road<br>Suite 300E<br>Boca Raton, FL 33431<br>561 989-9080<br>561-989-9020 (fax)<br>jds@sallahlaw.com |
| **Frederick J. Birks**<br>Defendant<br>3685 Cassia Drive<br>Orlando, FL 32828 | **Gryphon Asset Management, LLC**<br>Defendant<br>Attention: Frederick J. Birks<br>3685 Cassia Drive<br>Orlando, FL 32828 |

STANDARDIZED FUND ACCOUNTING REPORT FOR
SEC vs. ECAREER HOLDINGS, INC., et al.
Case No.: 15-80446-CIV-COHN/SELTZER
For the period of July 28, 2015 - December 27, 2015

| Fund Accounting | | | | |
|---|---|---|---|---|
| | | Detail | Subtotal | Grand Total |
| Line 1 | Beginning Balance | Funds Received from Frozen Account at Wells Fargo as of July 28, 2015 | $18,398.29 | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | Funds Received from Blue Cross Blue Shield based on the Affordable Care Act Medical Loss Ratio requirements - 10/02/2015 | $71.76 | |
| | TOTAL CASH AND SECURITIES | | $18,470.05 | |
| Line 4 | Interest/Dividend Income | | | |
| | | 7/28/2015 - 8/27/2015 - Interest | $0.16 | |
| | | 8/28/2015 - 9/27/2015 - Interest | $0.15 | |
| | | 9/28/2015 - 10/27/2015 - Interest | $0.16 | |
| | | 10/28/2015 - 11/272015 - Interest | $0.15 | |
| | | 11/28/2015 - 12/27/2015 | $0.15 | |
| | TOTAL INTEREST/ DIVIDEND INCOME | | $0.77 | |
| | Business Asset Liquidation | | $0.00 | |
| | Personal Asset Liquidation | | $0.00 | |
| Line 5 | Third-Party Litigation Income | | $0.00 | |
| Line 6 | Miscellaneous - Other | | $0.00 | |
| Line 7 | TOTAL FUNDS (Lines 1-8) | | $18,470.82 | |
| Line 8 | Decreases in Fund Balance: | | | |
| | Disbursements to Investors | | $0.00 | |
| | Disbursements to Receivership Operations | | | |
| Line 9 | Disbursements to Receiver or Other Professionals | | $0.00 | |
| Line 10 | | | | |
| Line 10a | Total Business Asset Expenses | | | |
| Line 10b | | Tax Collector, PBC Local Business Tax # 201359771 | $33.00 | |
| | | Tax Collector, PBC Local Business Tax #201359769 | $33.00 | |
| | 8/24/2015-Litigation Support | Seterus, Inc. (Copy Charges in response to Subpoena) | $46.52 | |
| | TOTAL BUSINESS ASSET EXPENSES (During the period 7/28/2015 - 12/27/2015) | | $112.52 | |
| | Personal Asset Expenses | | $0.00 | |
| | Investment Expenses | | $0.00 | |
| Line 10c | Third-Party Litigation Expenses 1. Attorneys Fees 2. Litigation Expenses | | $0.00 | |
| Line 10d | | | $0.00 | |
| Line 10e | Tax Administrator Fees and Bonds | | $0.00 | |
| Total Third-Party Litigation Expenses | Federal and State Tax Payments | | | |

STANDARDIZED FUND ACCOUNTING REPORT FOR
SEC vs. ECAREER HOLDINGS, INC., et al.
Case No.: 15-80446-CIV-COHN/SELTZER
For the period of July 28, 2015 - December 27, 2015

| | | | | |
|---|---|---|---|---|
| Line 10f | TOTAL DISBURSEMENTS FOR RECEIVERSHIP OPERATIONS | | $0.00 | |
| Line 10g | Disbursements for Distribution Expenses Paid by the Fund: | | $0.00 | |
| | Distribution Plan Developmen | | $0.00 | |
| Line 11 | 1. Fees: | | $0.00 | |
| Line 11a | Fund Administrator | | $0.00 | |
| | Independent Distribution Consultant (IDC) | | $0.00 | |
| | Distribution Agent | | $0.00 | |
| | Consultants | | $0.00 | |
| | Legal Advisers | | $0.00 | |
| | Tax Advisers . | | $0.00 | |
| | 2. Administrative Expenses | | $0.00 | |
| | 3. Miscellaneous | | $0.00 | |
| | Total Plan Development Expenses | | $0.00 | |
| | Distribution Plan Development Expenses | | $0.00 | |
| | 1. Fees: | | $0.00 | |
| Line 11b | Fund Administrator | | $0.00 | |
| | Independent Distribution Consultant (IDC) | | $0.00 | |
| | Distribution Agent | | $0.00 | |
| | Consultants | | $0.00 | |
| | Legal Advisers | | $0.00 | |
| | Tax Advisers | | $0.00 | |
| | 2. Administrative Expenses | | $0.00 | |
| | 3. Investor Identification: | | $0.00 | |
| | Notice/Publishing Approved Plan | | $0.00 | |
| | Claimant Identification | | $0.00 | |
| | Claims Processing | | $0.00 | |
| | Web Site Maintenance | | $0.00 | |
| | 4. Fund Administrator Bond | | $0.00 | |
| | 5. Miscellaneous | | $0.00 | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | $0.00 | |
| | *Total Plan Implentation Expenses* | | $0.00 | |
| | Total Disbursements for Distribution Expenses Paid by the Fund | | $0.00 | |
| | Disbursements to Court/Other | | $0.00 | |
| | Investment Expenses/Court Registry Investment System (CRIS) Fees | | $0.00 | |
| Line 12 | Federal Tax Payments | | $0.00 | |
| Line 12a | Total Disbursements to Court/Other: | | $0.00 | |

STANDARDIZED FUND ACCOUNTING REPORT FOR
SEC vs. ECAREER HOLDINGS, INC., et al.
Case No.: 15-80446-CIV-COHN/SELTZER
For the period of July 28, 2015 - December 27, 2015

| Line | Description | | Amount | |
|---|---|---|---|---|
| Line 12b | TOTAL FUNDS DISBURSED (Lines 9-11) | | $112.52 | |
| | Ending Balance | | $18,470.82 | |
| | Ending Balance of Fund - Net Assets | | $18,358.30 | |
| | Cash & Cash Equivalents | | $18,358.30 | |
| | Investments | | $0.00 | |
| Line 13 | Other Assets or Uncleared Funds | | | |
| Line 14 | Total Ending Balance of Fund (as of 12/27/2015) | | $18,358.30 | |
| Line 14a | | | | |
| Line 14b | Report of Items NOT to bePaid by the Fund: | | | |
| Line 14c | Disbursements for Plan Administration Expenses Not Paid by the | | $0.00 | |
| | Plan Development Expenses Not Paid by the Fund: | | $0.00 | |
| OTHER SUPPLEME| 1. Fees: | | $0.00 | |
| | Fund Administrator | | $0.00 | |
| Line 15 | IDC | | $0.00 | |
| Line 15a | Distriubtion Agent | | $0.00 | |
| | Consultants | | $0.00 | |
| | Legal Advisers | | $0.00 | |
| | Tax Advisers | | $0.00 | |
| | 2. Administrative Expenses | | $0.00 | |
| | 3. Miscellaneous | | $0.00 | |
| | Total Plan Development Expenses Not Paid by the Fund | | $0.00 | |
| | Plan Implentation Expenses Not Paid by the Fund: | | $0.00 | |
| | 1. Fees: | | $0.00 | |
| | Fund Administrator | | $0.00 | |
| | IDC | | $0.00 | |
| Line 15b | Distribution Agent | | $0.00 | |
| | Consultants | | $0.00 | |
| | Legal Advisers | | $0.00 | |
| | 2. Administrative Expenses | | $0.00 | |
| | 3. Investor Identification: | | $0.00 | |
| | Notice/Publishing Approved Plan | | $0.00 | |
| | Claimant Identification | | $0.00 | |
| | Claims Processing | | $0.00 | |
| | Web Site Maintenance | | $0.00 | |
| | 4. Fund Administrator Bond | | $0.00 | |
| | 5. Miscellaneous | | $0.00 | |
| | 6. FAIR Reporting Expenses | | $0.00 | |
| | Tax Administrator Fees & Bonds Not Paid by the Fund | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid | | $0.00 | |
| | Disbursements to Court/Other Not Paid by the Fund: | | $0.00 | |
| Total Plan Implementation Expenses Not paid by the Fund | Investment Expenses/CRIS Fees | | $0.00 | |
| Line 15c | Federal Tax Payments | | $0.00 | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | $0.00 | |
| Line 16 | DC & State Tax Payments | | $0.00 | |
| Line 16a | No. of Claims: | | 0 | |
| Line 16b | # of Claims Received this Reporting Period | | | |
| | # of Claims Received Since Inception of Fund | | | |
| Line 17 | No. of Claimants/Investors: | | investigation ongoing | |
| Line 18 | # of Claimants/Investors Paid this Reporting Period | | $0.00 | |
| Line 18a | # of Claimants/Investors Paid Since Inception of Fund | | $0.00 | |
| Line 18b | | | | |
| Line 19 | | | | |
| Line 19a | | | | |
| Line 19b | | | | |

Receiver:
By: _____
David M. Levine, Receiver for eCareer Holdings, Inc. and eCareer, Inc.

Printed Name
Date: 1/19/16

Page 3