UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80446-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ECAREER HOLDINGS, INC., ECAREER,
INC., JOSEPH J. AZZATA, DEAN A.
ESPOSITO, JOSEPH DEVITO, and
FREDERICK J. BIRKS,

    Defendants,

VIPER ASSET MANAGEMENT, LLC, ESPO
CONSULTING, LLC, DJC CONSULTING, LLC,
J & D MARKETING, LLC, GRYPHON ASSET
MANAGEMENT, LLC, and CARLA AZZATA,

    Relief Defendants.
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED
APPLICATION FOR FINAL ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO THE RECEIVER'S SPECIAL COUNSEL**

**THIS CAUSE** is before the Court upon the Receiver's Unopposed Application for Final Allowance of Compensation and Reimbursement of Expenses to the Receiver's Special Counsel [DE 148] ("Application"). The Court has reviewed the Application and the record in this case, and is otherwise advised in the premises. It is accordingly

**ORDERED AND ADJUDGED** that the Receiver's Unopposed Application for Final Allowance of Compensation and Reimbursement of Expenses to the Receiver's Special Counsel [DE 148] is **GRANTED**. The Court **AUTHORIZES** the Receiver, David M. Levine, to pay the Receiver's special counsel, Patrick J. Rengstl, Esq. of the law firm

Payton & Associates, LLC, final compensation in the amount of $15,686.69 from the Receivership funds presently held by the Receiver.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 9th day of August, 2016.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* parties