UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80446-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ECAREER HOLDINGS, INC., ECAREER,
INC., JOSEPH J. AZZATA, DEAN A.
ESPOSITO, JOSEPH DEVITO, and
FREDERICK J. BIRKS,

    Defendants,

VIPER ASSET MANAGEMENT, LLC, ESPO
CONSULTING, LLC, DJC CONSULTING, LLC,
J & D MARKETING, LLC, GRYPHON ASSET
MANAGEMENT, LLC, and CARLA AZZATA,

    Relief Defendants.
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED FIRST
APPLICATION FOR ALLOWANCE OF COMPENSATION AND
<u>REIMBURSEMENT OF EXPENSES TO THE RECEIVER AND HIS COUNSEL</u>**

**THIS CAUSE** is before the Court upon the Receiver's Unopposed First Application for Allowance of Compensation and Reimbursement of Expenses to the Receiver and His Counsel, the law firm of Levine Kellogg Lehman Schneider + Grossman LLP [DE 159] ("Application").  The Court has reviewed the Application and the record in this case, and is otherwise advised in the premises.  It is accordingly

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed First Application for Allowance of Compensation and Reimbursement of Expenses to the Receiver and His Counsel [DE 159] is **APPROVED**.

2. The Court authorizes the Receiver to make an interim fee payment of $50,000.00, plus reimbursement of allowable out-of-pocket expenses of $8,002.61, for a total payment of **$58,002.61**, from the funds held in the receivership account to the Receiver and his counsel, Levine Kellogg Lehman Schneider + Grossman LLP, as partial payment for the services rendered and partial reimbursement of the expenses incurred during the Application Period.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of March, 2017.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* parties