UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-80446-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ECAREER HOLDINGS, INC., ECAREER,
INC., JOSEPH J. AZZATA, DEAN A.
ESPOSITO, JOSEPH DEVITO, and
FREDERICK J. BIRKS,

    Defendants,

VIPER ASSET MANAGEMENT, LLC, ESPO
CONSULTING, LLC, DJC CONSULTING, LLC,
J & D MARKETING, LLC, GRYPHON ASSET
MANAGEMENT, LLC, and CARLA AZZATA,

    Relief Defendants.
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION
FOR APPROVAL TO COMPENSATE ACCOUNTING FIRM**

**THIS CAUSE** is before the Court upon the Receiver's Unopposed Motion for Approval to Compensate Accounting Firm [DE162] ("Motion"). The Court has considered the Motion and the record in this case, and is otherwise advised in the premises. It is accordingly

**ORDERED AND ADJUDGED** as follows:

1. The Receiver's Unopposed Motion for Approval to Compensate Accounting Firm [DE162] is **GRANTED**.

2. The Court **AUTHORIZES** the Receiver to pay the accounting firm, Kapila Mukamal, $7,944.34 from the funds held in the receivership account.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of April, 2017.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* parties