UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-80446-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

ECAREER HOLDINGS, INC.;
ECAREER, INC.; JOSEPH J. AZZATA;
DEAN A. ESPOSITO; JOSEPH DEVITO, and
FREDERICK J. BIRKS,

    Defendants,

VIPER ASSET MANAGEMENT, LLC;
ESPO CONSULTING, LLC;
DJC CONSULTING, LLC;
J & D MARKETING, LLC;
GRYPHON ASSET MANAGEMENT, LLC; and
CARLA AZZATA,

    Relief Defendants.
_____/

## NOTICE OF FILING STANDARD FUND ACCOUNTING REPORT

David M. Levine, not individually, but solely in his capacity as the court-appointed receiver ("the Receiver") for eCareer Holdings, Inc. and eCareer, Inc. (the "Corporate Defendants"), hereby files the attached Standard Fund Accounting Report for the period February 1, 2017 through December 31, 2017.

Dated: February 12, 2018

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**
*Counsel for the Receiver*
Citigroup Center, 22nd Floor
201 South Biscayne Blvd.
Miami, Florida 33131
Phone: (305) 403-8788
Fax: (305) 403-8789

By:    s:// Matthew J. McGuane
       MATTHEW J. MCGUANE
       Florida Bar No. 0084473
       E-mail: mjm@lklsg.com

## CERTIFICATE OF SERVICE

I hereby certify that, on February 12, 2018, a true and correct copy of the foregoing has been served upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/  *Matthew J. McGuane*
MATTHEW J. MCGUANE

10Z8779.DOC

## SERVICE LIST

| | |
|---|---|
| **Arthur C. Koski**<br>Arthur C Koski P.A.<br>Counsel for DJC Consulting, LLC, Espo Consulting, LLC, J & D Marketing, LLC, Viper Asset Management, LLC, Dean A. Esposito, and Joseph Devito<br>101 N Federal Highway<br>Suite 602<br>Boca Raton, FL 33432<br>561-362-9800<br>362-9870 (fax)<br>akoski@koskilaw.com | **Christopher E. Martin**<br>Securities & Exchange Commission<br>801 Brickell Avenue<br>Suite 1800<br>Miami, FL 33131<br>305-982-6386<br>536-4154 (fax)<br>martinc@sec.gov |
| **Mark C. Perry**<br>Counsel for Joseph J. Azzata<br>2400 East Commercial Blvd Suite 201<br>Fort Lauderdale, FL 33308<br>954-351-2601<br>954-351-2605 (fax)<br>markperryesq@yahoo.com | **James D. Sallah**<br>Sallah Astarita & Cox, LLC<br>Counsel for Carla Azzata<br>One Boca Place<br>2255 Glades Road<br>Suite 300E<br>Boca Raton, FL 33431<br>561 989-9080<br>561-989-9020 (fax)<br>jds@sallahlaw.com |
| **Frederick J. Birks**<br>Defendant<br>3685 Cassia Drive<br>Orlando, FL 32828<br>fredbirks1@gmail.com | **Gryphon Asset Management, LLC**<br>Defendant, Attention: Frederick J. Birks<br>3685 Cassia Drive<br>Orlando, FL 32828<br>fredbirks1@gmail.com |
| **Joseph A. Azzata**<br>azzataj@gmail.com | **Carla Azzata**<br>carlaazzata@gmail.com |

STANDARDIZED FUND ACCOUNTING REPORT FOR
SECURITIES AND EXCHANGE COMMISSION
VS.
ECAREER HOLDINGS, INC., et al.
CASE NO.: 15-80446-CIV-COHN/SELTZER
For the period February 1, 2017 through December 31, 2017

| Fund Accounting | | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|---|
| Line 1 | Cash and Securities Beginning Balance | | Northern Trust Checking Account (Acct # 7361) Statement Period (2/1/2017) | $258,281.72 | |
| | | | Northern Trust Money Market (Acct # 1473) Statement Period (2/1/2017) | $32,145.27 | |
| | CURRENT ASSETS (as of 2/1/2017) | | | $290,426.99 | |
| Line 2 | Business Income | | | | |
| | | 6/2/2017 | American Land Title Association (Title Commitment & Payoff Quote for Azzata Closing) | $96,703.71 | |
| | | 6/20/2017 | First American Title Insurance Company (Azzata Closing) | $17.00 | |
| | | 7/20/2017 | Received from Hogan Lovells (re: Azzata PIF refund) | $747.97 | |
| | TOTAL INCOME | | | $97,468.68 | |
| Line 3 | Cash and Securities Ending Balance | | Northern Trust Checking Account (Account # 7361) Statement Period (12/31/2017) | $289,497.42 | |
| | | | Northern Trust Money Market (Acct # 1473) Statement Period (12/31/2017) | $32,154.23 | |
| | TOTAL CASH AND SECURITIES ENDING BALANCE (as of 12/31/2017) | | | $321,651.65 | |
| Line 4 | Interest/Dividend Income | | | | |
| | Checking Account (Acct # 7361) | | Interest Credit for the period (2/1/2017 - 12/31/2017) | $21.78 | |
| | eCareer Money Market (Acct # 1473) | | Interest Credit for the period (2/1/2017 - 12/31/2017) | $8.96 | |
| | TOTAL INTEREST/ DIVIDEND INCOME | | | $30.74 | |

| | | | | | |
|---|---|---|---|---|---|
| | Business Asset Liquidation | | | $0.00 | |
| | Personal Asset Liquidation | | | $0.00 | |
| Line 5 | Third-Party Litigation Income | | | $0.00 | |
| Line 6 | Miscellaneous - Other | | | $0.00 | |
| Line 7 | **TOTAL FUNDS (Lines 1-8)** | | | **$321,651.65** | |
| Line 8 | **Decreases in Fund Balance:** | | | $0.00 | |
| | Disbursements to Investors | | | $0.00 | |
| | Disbursements to Receivership Operations | | | | |
| Line 9 | Disbursements to Receiver or Other Professionals | 3/2/2017 | Order Granting Receiver's Unopposed First Application [DE 160] | $58,002.61 | |
| | | 4/5/2017 | Order Granting Receiver's Unopposed Motion for Approval to Compensate Accounting Firm Kapila Mukamal | $7,944.34 | |
| Line 10b | Receivership Computer and Internet Expenses | 5/8/2017 | PaperStreet Web Design | $330.00 | |
| | **TOTAL BUSINESS ASSET EXPENSES** | | | **$66,276.95** | |
| | Personal Asset Expenses | | | $0.00 | |
| | Investment Expenses | | | $0.00 | |
| Line 10c | Third-Party Litigation Expenses<br>1. Attorneys Fees<br>2. Litigation Expenses | | | $0.00 | |
| Line 10d | | | | $0.00 | |
| Line 10e | Tax Administrator Fees and Bonds | | | $0.00 | |
| Total Third-Party Litigation Expenses | Federal and State Tax Payments | | | | |
| Line 10f | **TOTAL DISBURSEMENTS** | | | **$0.00** | |
| Line 10g | Disbursements for Distribution Expenses Paid by the Fund: | | | $0.00 | |
| | Distribution Plan Development Expenses | | | $0.00 | |
| Line 11 | Fees: | | | $0.00 | |
| Line 11a | Fund Administrator | | | $0.00 | |

| | | | | | |
|---|---|---|---|---|---|
| | Independent Distribution Consultant (IDC) | | | $0.00 | |
| | Distribution Agent | | | $0.00 | |
| | Consultants | | | $0.00 | |
| | Legal Advisers | | | $0.00 | |
| | Tax Advisers | | | $0.00 | |
| | **2. Administrative Expenses** | | | $0.00 | |
| | **3. Miscellaneous** | | | $0.00 | |
| | **Total Plan Development Expenses** | | | $0.00 | |
| | Distribution Plan Development Expenses | | | $0.00 | |
| | **1. Fees:** | | | $0.00 | |
| Line 11b | Fund Administrator | | | $0.00 | |
| | Independent Distribution Consultant (IDC) | | | $0.00 | |
| | Distribution Agent | | | $0.00 | |
| | Consultants | | | $0.00 | |
| | Legal Advisers | | | $0.00 | |
| | Tax Advisers | | | $0.00 | |
| | **2. Administrative Expenses** | | | $0.00 | |
| | **3. Investor Identification:** | | | $0.00 | |
| | Notice/Publishing Approved Plan | | | $0.00 | |
| | Claimant Identification | | | $0.00 | |
| | Claims Processing | | | $0.00 | |
| | Web Site Maintenance | | | $0.00 | |
| | **4. Fund Administrator Bond** | | | $0.00 | |
| | **5. Miscellaneous** | | | $0.00 | |
| | **6. Federal Account for Investor Restitution (FAIR) Reporting Expenses** | | | $0.00 | |
| | *Total Plan Implentation Expenses* | | | $0.00 | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | $0.00 | |
| | **Disbursements to Court/Other** | | | $0.00 | |
| | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | $0.00 | |
| Line 12 | Federal Tax Payments | | | $0.00 | |
| Line 12a | **Total Disbursements to Court/Other:** | | | $0.00 | |
| Line 12b | **TOTAL FUNDS DISBURSED (Lines 9-11)** | | | **$66,276.95** | |
| | **Ending Balance** | | | $321,651.65 | |
| | Cash & Cash Equivalents | | | $0.00 | |
| | Investments | | | $0.00 | |
| Line 13 | Other Assets or Uncleared Funds | | | $0.00 | |
| Line 14 | **Total Ending Balance of Fund as of 12/31/2017** | | | **$321,651.65** | |
| Line 14a | | | | | |
| Line 14b | *Report of Items NOT to be Paid by the Fund:* | | | | |
| Line 14c | **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | $0.00 | |
| | *Plan Development Expenses Not Paid by the Fund:* | | | $0.00 | |
| OTHER SUPPLEME | **1. Fees:** | | | $0.00 | |
| | Fund Administrator | | | $0.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Line 15 | IDC | | | $0.00 | |
| Line 15a | Distriubtion Agent | | | $0.00 | |
| | Consultants | | | $0.00 | |
| | Legal Advisers | | | $0.00 | |
| | Tax Advisers | | | $0.00 | |
| | 2. Administrative Expenses | | | $0.00 | |
| | 3. Miscellaneous | | | $0.00 | |
| | Total Plan Development Expenses Not Paid by the Fund | | | $0.00 | |
| | Plan Implentation Expenses Not Paid by the Fund: | | | $0.00 | |
| | 1. Fees: | | | $0.00 | |
| | Fund Administrator | | | $0.00 | |
| | IDC | | | $0.00 | |
| Line 15b | Distribution Agent | | | $0.00 | |
| | Consultants | | | $0.00 | |
| | Legal Advisers | | | $0.00 | |
| | 2. Administrative Expenses | | | $0.00 | |
| | 3. Investor Identification: | | | $0.00 | |
| | Notice/Publishing Approved Plan | | | $0.00 | |
| | Claimant Identification | | | $0.00 | |
| | Claims Processing | | | $0.00 | |
| | Web Site Maintenance | | | $0.00 | |
| | 4. Fund Administrator Bond | | | $0.00 | |
| | 5. Miscellaneous | | | $0.00 | |
| | 6. FAIR Reporting Expenses | | | $0.00 | |
| | Tax Administrator Fees & Bonds Not Paid by the Fund | | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | $0.00 | |
| | Disbursements to Court/Other Not Paid by the Fund: | | | $0.00 | |
| Total Plan Implementation Expenses Not paid by the Fund | Investment Expenses/CRIS Fees | | | $0.00 | |
| Line 15c | Federal Tax Payments | | | $0.00 | |
| | Total Disbursements to Court/Other Not Paid by the Fund: | | | $0.00 | |
| Line 16 | DC & State Tax Payments | | | $0.00 | |
| Line 16a | No. of Claims: | | | 0 | |
| Line 16b | # of Claims Received this Reporting Period | | | | |
| | # of Claims Received Since Inception of Fund | | | | |
| Line 17 | No. of Claimants/Investors: | | | investigation ongoing | |
| Line 18 | # of Claimants/Investors Paid this Reporting Period | | | $0.00 | |
| Line 18a | # of Claimants/Investors Paid Since Inception of Fund | | | $0.00 | |
| Line 18b | | | | | |
| Line 19 | | | | | |
| Line 19a | | | | | |
| Line 19b | | | | | |
| Receiver: | *(signature)* | | | | |
| By: | *(signature)* | | | | |
| | David M. Levine, Receiver for eCareer Holdings, Inc. and eCareer, Inc. | | | | |
| Printed Name | DAVID M. LEVINE | | | | |
| Date: | 2/8/18 | | | | |