UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-80446-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

ECAREER HOLDINGS, INC.;
ECAREER, INC.; JOSEPH J. AZZATA;
DEAN A. ESPOSITO; JOSEPH DEVITO; and
FREDERICK J. BIRKS,

    Defendants,

VIPER ASSET MANAGEMENT, LLC;
ESPO CONSULTING, LLC;
DJC CONSULTING, LLC;
J & D MARKETING, LLC;
GRYPHON ASSET MANAGEMENT, LLC; and
CARLA AZZATA,

    Relief Defendants.
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED FINAL
APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF EXPENSES TO THE RECEIVER AND HIS PROFESSIONALS**

**THIS CAUSE** is before the Court on the Receiver's Unopposed Final Application for Allowance of Compensation and Reimbursement of Expenses to the Receiver and His Professionals (the "Application") [DE 170]. The Court has reviewed the Application and the record in this case and is otherwise fully advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** as follows:

    1.    The Application is **APPROVED**.

    2.    The Court authorizes the Receiver to make a fee payment of **$60,000.00**, plus reimbursement of allowable out-of-pocket expenses of **$2,045.25**, for a total

payment of **$62,045.25**, from the funds held in the receivership account to the Receiver and his counsel, Levine Kellogg Lehman Schneider + Grossman LLP, as payment for the services rendered and reimbursement of the expenses incurred in this case.

3. The Court authorizes the Receiver to make a fee payment of **$3,902.80**, plus reimbursement of allowable out-of-pocket expenses of **$90.89**, for a total payment of **$3,993.69**, from the funds held in the receivership account to the Receiver and his accountant, Kapila Mukamal, LLP, as payment for the services rendered and reimbursement of the expenses incurred in this case.

4. The Court authorizes the Receiver to maintain a reserve of **$5,048.33** for the payment of any additional and final fees and costs, including those relating to the final distribution to the Receivership Entities' investors and non-investor creditors and the filing and processing of the Receivership Entities' tax returns for the 2018 tax year.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of June, 2018.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
Pro se parties at addresses on file