UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-80446-CIV-COHN/SELTZER

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

vs.

ECAREER HOLDINGS, INC.;
ECAREER, INC.; JOSEPH J. AZZATA;
DEAN A. ESPOSITO; JOSEPH DEVITO, and
FREDERICK J. BIRKS,

    Defendants,

VIPER ASSET MANAGEMENT, LLC;
ESPO CONSULTING, LLC;
DJC CONSULTING, LLC;
J & D MARKETING, LLC;
GRYPHON ASSET MANAGEMENT, LLC, and
CARLA AZZATA,

    Relief Defendants.
_____/

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR
DISMISSAL OF THE COMMISSION'S CLAIM FOR DISGORGEMENT AND
PREJUDGMENT INTEREST AGAINST RELIEF DEFENDANT CARLA AZZATA**

**THIS CAUSE** is before the Court upon Plaintiff Securities and Exchange Commission's ("Commission") Unopposed Motion to Dismiss with Prejudice the Commission's Claim for Disgorgement and Prejudgment Interest thereon against Relief Defendant Carla Azzata ("Motion") [DE 175].  The Court has considered the Motion and the record in this case and is otherwise advised in the premises.  It is thereupon

**ORDERED AND ADJUDGED** that Plaintiff's Motion [DE 175] is **GRANTED**.  The Commission's claim for disgorgement and prejudgment interest against Relief

Defendant Carla Azzata is hereby **DISMISSED with prejudice.**

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of August, 2018.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF
*Pro se* parties via U.S. Mail